WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark R Mitchell, | No. CV-20-01811-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition"). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 13) recommending that the Petition be denied.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

**IT IS ORDERED** that the Report and Recommendation (Doc. 13) is **ACCEPTED**; accordingly,

- Petitioner's Petition for Writ of Habeas Corpus (as amended) is denied and dismissed with prejudice,
- in the event Petitioner files an appeal, the R&R's recommendation and reasoning regarding a certificate of appealability (Doc. 13 at 16) is accepted; a certificate of appealability is denied, and
- the Clerk of the Court shall enter judgment dismissing the Petition with prejudice.

Dated this 30th day of August, 2021.

James A. Teilborg
Senior United States District Judge